UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21059-LEIBOWITZ

JOSE MIGUEL CARDOZA LOPEZ,

     *Petitioner*,

*v.*

WARDEN, KROME SERVICE
PROCESSING CENTER,

     *Respondent.*

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Respondents' Notice of Compliance [ECF No. 6] (the "Notice"), filed on March 10, 2026.  In the Notice, Respondents represent that an individualized custody redetermination hearing was held concerning Petitioner on March 5, 2026, and that the immigration judge ordered Petitioner released from custody under a bond of $10,0000.  [*Id.* at 1].  Accordingly, upon due consideration it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition [**ECF No. 1**] is **DISMISSED**.

2. *The Clerk* is **DIRECTED** to **CLOSE** this case.  All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on March 17, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record